UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 09-586 (SRC) |
| MICHAEL HANNA,<br>  a/k/a "Mike Nova,"<br>  a/k/a "George Flores" | : | <u>CONTINUANCE ORDER</u> |

    This matter having come before the Court on the application of defendant Michael Hanna (by Brian Neary, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and defendant Hanna being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1); Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Seth B. Kosto, Assistant U.S. Attorney) having agreed to the entry of such a continuance; the Court having allowed the United States' Motion for Reciprocal Discovery; and defendant Hanna having consented to such a continuance, and for good and sufficient cause shown,

    IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    1.    Defendant desires additional time to review the discovery made available by the United States pursuant to Fed. R. Crim. P. 16(a);

2. Plea negotiations are currently in progress, and the defendant desires additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

3. Defendant has consented to the aforementioned continuance;

4. No previous continuances have entered in this matter; and

5. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this  5  day of October 2009

IT IS ORDERED that defendant's motions shall be filed on or before November 27, 2009; that the United States shall respond to any such motions on or before December 7, 2009; that motions shall be heard at 11:00 a.m. on December 21, 2009, and the trial in this matter is scheduled for 10:00 a.m. on January 5, 2010; and

Fax from : 2014880240                                            09-30-09 02:36p   Pg: 4
Case 2:09-cr-00586-SRC   Document 16   Filed 10/05/09   Page 3 of 3 PageID: 47
Fax sent by :

IT IS FURTHER ORDERED that the period between the date of this order and January 5, 2010 be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. STANLEY R. CHESLER
United States District Judge

CONSENTED AND AGREED TO:

SETH B. KOSTO
Assistant United States Attorney

BRIAN NEARY, ESQ.
Counsel to defendant