PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Michael Hanna                                   Docket No. 09CR00586-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Stephanie Ferruggia** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Michael Hanna**, who was placed under pretrial release supervision by the **Honorable Claire C. Cecchi** sitting in the Court at Newark, New Jersey, on March 18, 2009, under the following conditions:

1) $200,000 Unsecured Appearance Bond with two cosigners (Eva Hanna and Natassa Contini);
2) Pretrial Services supervision;
3) Travel restricted to New Jersey and New York unless approved by Pretrial Services;
4) Surrender passport and do not apply for additional travel documents;
5) Substance abuse testing and/or treatment as directed by Pretrial Services;
6) Seek and/or maintain gainful employment

On March 4, 2010 the defendant entered a guilty plea before Your Honor and bail was continued as previously set. Sentencing is presently scheduled for September 16, 2010.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **mental health treatment as deemed necessary by Pretrial Services added to the defendant's conditions of release.**

ORDER OF COURT

Considered and ordered this 20 day of Aug, 2010, and ordered filed and made a part of the records case.

_____
Honorable Stanley R. Chesler
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/23/10

_____
Stephanie Ferruggia
U.S. Pretrial Services Officer



M E M O R A N D U M

DISTRICT OF NEW JERSEY

**To:**   Honorable Stanley R. Chesler, U.S. District Judge

**cc:**   Seth Kosto, Assistant U.S. Attorney
Brian Neary, Defense Counsel
Joanne Young, U.S. Probation Officer

**From:**   Stephanie Ferruggia, U.S. Pretrial Services Officer

**Re:**   Michael Hanna Dkt# 09CR00586
Petition for Action

**Date:**   August 23, 2010


Attached is a Petition for Action on Conditions of Pretrial Release recommending that Your Honor order the following:

☐ A warrant shall be issued for the defendant's arrest due to violation of the conditions of pretrial release. In the interest of safety, this Petition for Action shall <u>be sealed</u> until such time as the warrant is executed and upon further order of the Court.

X The conditions of release shall be amended as indicated in the attached Petition for Action.

☐ A hearing shall be scheduled to address the violation of the conditions of pretrial release.

Should Your Honor concur with the recommendation, an Order has been provided for your signature.

Pretrial Services is available to the Court should any further information be needed.

Thank you for Your Honor's attention to this matter.

Reviewed by:

_____
Supervising U.S. Pretrial Services Officer